William D. Temko, CA Bar #98858
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560
(213) 683-9266
william.temko@mto.com

Louisiana W. Cutler #9106028
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
cutler.louisiana@dorsey.com

Attorneys for Plaintiff Southcentral Foundation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Southcentral Foundation,<br><br>Plaintiff,<br><br>v.<br><br>Alaska Native Tribal Health Consortium<br><br>Defendant. | Case No. 3:17-cv-00018-TMB<br><br>**DECLARATION OF KEVIN GOTTLIEB IN SUPPORT OF SOUTHCENTRAL FOUNDATION'S OPPOSITION TO ANTHC'S MOTION FOR SUMMARY JUDGMENT** |

I, Kevin Gottlieb, declare as follows:

1. I am the Vice President of Resource & Development and Chief of Staff at plaintiff Southcentral Foundation ("SCF"). I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify to them. I submit this declaration in support of SCF's opposition to ANTHC's motion for summary judgment.

36344575.2
DECLARATION OF KEVIN GOTTLIEB
Page 1 of 6
*Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-TMB
Case 3:17-cv-00018-TMB Document 77 Filed 09/25/17 Page 1 of 6

## Personal Background

2. I joined SCF in 1982, after spending four years as a dentist with the Indian Health Service. I was the first dentist hired by SCF. Over the years I helped develop SCF's dental programs. In 1998, I was promoted to the position of Vice President of Resource and Development. In that job, I oversee several SCF programs and departments, including SCF's dental programs.

3. I received a BS in Biology from Boston University in 1972, and a DDS from Georgetown University in 1976.

## SCF And ANTHC Have Not Generally Competed For Real Estate

4. I have read ANTHC's Motion for Summary Judgment. ANTHC correctly states that "ANTHC and SCF share ANMC's physical campus … in Anchorage." ANTHC suggests that there is "competition between ANTHC and SCF for real estate," citing the UAA Diplomacy Building as an example. However, the ANTHC brief paints a grossly distorted picture.

5. ANTHC correctly states in its Motion that "ANTHC and SCF cooperate in co-managing ANMC" and, indeed, have done so for nearly twenty years. ANTHC and SCF co-manage a 150+ bed in-patient hospital at ANMC that provides comprehensive medical services to Alaska Native and American Indian people. ANTHC and SCF also co-manage ANMC's programs, with ANTHC generally focusing on inpatient hospital, outpatient surgery and specialty services, and SCF generally focusing on primary care services, including family medicine, pediatrics, obstetrics and gynecology, psychiatry, optometry, and dentistry.

6. As ANTHC concedes in its summary judgment motion, the entire structure of ANMC is designed to ensure collaboration and coordination of activities between ANTHC and SCF in co-managing the ANMC campus. As part of that shared effort to collaborate and coordinate activities, ANTHC and SCF have worked together for more than a decade, with the assistance of outside consultants, to create a Master Plan to develop the ANMC campus in a coordinated fashion that provides collaborative opportunities for both SCF and ANTHC.

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

36344575.2
DECLARATION OF KEVIN GOTTLIEB
Page 2 of 6
*Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-TMB

Case 3:17-cv-00018-TMB   Document 77   Filed 09/25/17   Page 2 of 6

## The Diplomacy Building

7. From the outset of this joint planning effort, there was an understanding between the parties that ANTHC would focus its development efforts on the north and west portions of the ANMC campus, while SCF, in turn, would focus its development efforts on the areas on the east and south portions of the campus.

8. Going back as far as 2005, SCF worked with outside consultants to develop a long-range development plan that would allow SCF to grow its operations to meet the growing medical needs of the Alaska Native people. From the outset, one of the key elements of SCF's growth plans was its intention to purchase "key parcels" of property on the east and south side of the ANMC campus. Since as long ago as 2005, one of those targeted "key parcels" as part of SCF's long-term expansion plans was the so-called "UAA Diplomacy Building," a five-story office building owned by UAA at the corner of Diplomacy Drive and Tudor Centre Drive, right across the street from SCF's main offices.

9. In 2005, SCF retained DOWL, an outside engineering consulting company, to help it develop a long-term Master Plan for possible expansion of its operations in Anchorage. Several of the long-term expansion options outlined in the DOWL Master Plan specifically envisioned SCF purchasing the five-story Diplomacy Building from UAA. A true and correct copy of the excerpts of the 2005 DOWL Master Plan is attached hereto as Exhibit 1.

10. In 2007, as part of a coordinated effort with ANTHC to develop a long-range development plan for the Campus, SCF and ANTHC jointly retained NBBJ to put together a Long-Range Development Framework Plan. That document articulated campus goals and key development elements that both SCF and ANTHC considered important in guiding future development. As was the case with the 2005 DOWL Master Plan, one of the "Key Framework Elements" for the 2007 Plan was the planned purchase of "key parcels." As had been the case in 2005, one of the key parcels targeted by SCF for expansion purposes in the 2007 Plan was the UAA Diplomacy Building.

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

11. In 2009, SCF again retained NBBJ to help it develop a "Master Plan 2009," a long-range development plan, aligned with the 2007 Plan, with "emphasis on the growth of SCF and its relation to the Alaska Native Health Campus." Once again, one of the key elements of that 2009 Master Plan was SCF's plan to purchase "key parcels." And, once again, the 2009 Plan explicitly identified the UAA Diplomacy Building as one of the key parcels targeted by SCF for its expansion plans on the campus.

12. SCF's long-standing interest in purchasing the UAA Diplomacy Building was not a secret, either to UAA or ANTHC. Over the years, SCF repeatedly communicated to UAA representatives its interest in purchasing the Diplomacy Building. As long ago as 2005, SCF suggested to UAA that SCF might be willing to enter into a "trade" with UAA, whereby, in exchange for the Diplomacy Building and another UAA building located at 7th and A Streets, SCF would agree to construct a new facility for UAA on property owned by the University.

13. Over the years, SCF repeatedly told UAA that it was interested in purchasing the Diplomacy Building. UAA's consistent response was that it was not yet prepared to sell the building, but that if it decided to put the building on the market, it would offer SCF an opportunity to purchase the building.

14. In August 2013, SCF discovered that ANTHC had surreptitiously purchased the Diplomacy Building from UAA four months earlier. [REDACTED]

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

36344575.2

DECLARATION OF KEVIN GOTTLIEB
Page 4 of 6

*Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-TMB

15. Because UAA is a governmental entity, it could not have required the sale of the Diplomacy Building to be confidential. ████████████
████████████
████████████

16. ████████████
████████████
████████████
████████████
████████████

17. ████████████
████████████
████████████
████████████
████████████
████████████
████████████
████████████
████████████
████████████

18. ████████████
████████████
████████████
████████████
████████████
████████████
████████████

36344575.2

DECLARATION OF KEVIN GOTTLIEB
Page 5 of 6

*Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-TMB

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

[redacted]

### The Alaska Spine Institute Building

19. It is true, as ANTHC suggests, that ANTHC offered at one time to purchase the Alaska Spine Institute building from Alaska Pacific University (APU). APU rejected ANTHC's offer because APU was interested in selling only the building, and not the land on which the building sits, and Mr. Teuber told APU that he was not authorized by the ANTHC Board to purchase the building without the land. Approximately two years later, an LLC in which SCF has an interest purchased the Spine Institute building from APU, without the land.

I declare under penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct.

Executed on September 25, 2017, at Anchorage, Alaska.

_____
Kevin Gottlieb

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

36344575.2
DECLARATION OF KEVIN GOTTLIEB
Page 6 of 6

*Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-TMB

Case 3:17-cv-00018-TMB   Document 77   Filed 09/25/17   Page 6 of 6