William D. Temko, CA Bar #98858
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560
(213) 683-9266
william.temko@mto.com

Louisiana W. Cutler #9106028
Shane Kanady #1411096
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
cutler.louisiana@dorsey.com
kanady.shane@dorsey.com

Attorneys for Plaintiff Southcentral Foundation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Southcentral Foundation,<br><br>                      Plaintiff,<br><br>vs.<br><br>Alaska Native Tribal Health Consortium,<br><br>                      Defendant. | Case No. 3:17cv-00018-TMB<br><br>**SUPPLEMENTAL DECLARATION OF WILLIAM D. TEMKO IN SUPPORT OF SCF'S REPLY IN SUPPORT OF SCF'S MOTION FOR SUMMARY JUDGMENT** |

I, WILLIAM D. TEMKO, declare as follows:

1. I am licensed to practice law in the State of California. My California Bar number is 98858. I am the lead counsel for Plaintiff Southcentral Foundation ("SCF") in the above-captioned case and have personal knowledge regarding the facts stated in this declaration and, if called as a witness, could completely testify to them. I submit this declaration in support of SCF's Reply in support of SCF's Motion for Summary Judgment. Any capitalized terms not defined in this declaration are defined in the Motion for Summary Judgment.

DECLARATION OF WILLIAM D. TEMKO            *Southcentral Foundation v. ANTHC*
Page 1 of 4            Case No. 3:17-cv-00018-TMB
4841-9400-9933\1

Case 3:17-cv-00018-TMB   Document 100   Filed 10/17/17   Page 1 of 4

2. Attached as Exhibit 1 is a true and correct copy of excerpts from ANTHC's IRS Form 990 for its fiscal year 2015.

3. Attached as Exhibit 2 is a true and correct copy of ███████████████

4. Attached as Exhibit 3 is a true and correct copy of ███████████████

5. Attached as Exhibit 4 is a true and correct copy of ███████████████

6. Attached as Exhibit 5 is a true and correct copy of ███████████████

7. Attached as Exhibit 6 is a true and correct copy of ███████████████

8. Attached as Exhibit 7 is a true and correct copy of ███████████████

9. Attached as Exhibit 8 is a true and correct copy of ███████████████.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the Kodiak Area Native Association's IRS Form 990 for its fiscal year 2014.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from ANTHC's IRS Form 990 for its fiscal year 2014.

12. Attached as Exhibit 11 is a true and correct copy of an ANTHC press release dated June 27, 2014.

13. Attached as Exhibit 12 is a true and correct copy of Andy Teuber's Public Official Financial Disclosure form for calendar year 2014.

14. Attached as Exhibit 13 is a true and correct copy of Andy Teuber's Public Official Financial Disclosure form for calendar year 2015.

15. Attached as Exhibit 14 is a true and correct copy of Andy Teuber's Public Official Financial Disclosure form for calendar year 2016.

I declare under penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct.

DECLARATION OF WILLIAM D. TEMKO  *Southcentral Foundation v. ANTHC*
Page 2 of 4  Case No. 3:17-cv-00018-TMB
4841-9400-9933\1

Case 3:17-cv-00018-TMB   Document 100   Filed 10/17/17   Page 2 of 4

Executed on October 16, 2017, at Los Angeles, California.

_____
William D. Temko, CA Bar #98858

DECLARATION OF WILLIAM D. TEMKO  *Southcentral Foundation v. ANTHC*
Page 3 of 4                                    Case No. 3:17-cv-00018-TMB
4841-9400-9933\1

Case 3:17-cv-00018-TMB   Document 100   Filed 10/17/17   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2017, a true and correct copy of the foregoing was served on:

James Torgerson    jim.torgerson@stoel.com
Sarah Langberg    sarah.langberg@stoel.com

by electronic means through the ECF system or if not confirmed by ECF, by first class mail.

/s/ Louisiana W. Cutler
Dorsey & Whitney LLP

DECLARATION OF WILLIAM D. TEMKO    *Southcentral Foundation v. ANTHC*
Page 4 of 4    Case No. 3:17-cv-00018-TMB
4841-9400-9933\1

Case 3:17-cv-00018-TMB   Document 100   Filed 10/17/17   Page 4 of 4