William D. Temko, CA Bar #98858
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560
(213) 683-9266
william.temko@mto.com

Louisiana W. Cutler #9106028
Shane Kanady #1411096
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
cutler.louisiana@dorsey.com
kanady.shane@dorsey.com

Attorneys for Plaintiff Southcentral Foundation

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Southcentral Foundation,<br><br>Plaintiff,<br><br>v.<br><br>Alaska Native Tribal Health Consortium<br><br>Defendant. | Case No. 3:17-cv-00018-TMB<br><br>**SUPPLEMENTAL DECLARATION OF ILEEN SYLVESTER IN SUPPORT OF SCF'S REPLY IN SUPPORT OF SCF'S MOTION FOR SUMMARY JUDGMENT** |

I, Ileen Sylvester, declare and state as follows:

1.      I am the Vice President of Executive & Tribal Services for plaintiff Southcentral

Foundation (SCF). I have been employed by SCF since 1995, and have served as a Vice

President since at least 2000. Among other responsibilities, I currently oversee tribal relations

and village initiatives for health care delivery to 55 rural villages, the Public Relations

Department, and the Planning and Grants Department. I received a BA in Business

SUPPLEMENTAL DECLARATION OF            *Southcentral Foundation v. ANTHC*
ILEEN SYLVESTER
Page 1 of 3                                                              Case No. 3:17-cv-00018-TMB
Case 3:17-cv-00018-TMB   Document 101   Filed 10/17/17   Page 1 of 3

Administration from Milligan College in 1978 and an MBA from Alaska Pacific University in 2005.

2.     Katherine Gottlieb, the President and Chief Executive Officer of SCF, has served as SCF's representative on the Board of Directors of defendant Alaska Native Tribal Health Consortium ("ANTHC") from the beginning. From time to time since the formation of ANTHC, including from December 1, 2014 to May 2016, and from May 2017 to the present, I have served as SCF's alternate representative on the ANTHC Board of Directors.[1]

3.     I make this Declaration in support of SCF's reply in support of SCF's motion for summary judgment in the above-referenced matter. The facts set forth herein are known to me personally, and, if called as a witness, I could and would testify competently thereto.

4.     I have regularly attended meetings of the ANTHC Board since I became an alternate director and actively consult with Katherine Gottlieb when she attends meetings instead of me. In my times as an alternate representative, I have never heard confidential identifiable patient information shared at an ANTHC Board meeting. The Board does not discuss issues at the patient level.

5.     The members of the original Executive Committee, after it was first constituted, were Andy Teuber, Lincoln Bean, Charlene Nollner, Evelyn Beeter, and Robert Henrichs.

6.     ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

---

[1] Alex Cleghorn briefly replaced me as the Alternate Designated Director during the period from May 2016 until April 2017.

SUPPLEMENTAL DECLARATION OF     *Southcentral Foundation v. ANTHC*
ILEEN SYLVESTER
Page 2 of 3     Case No. 3:17-cv-00018-TMB

I declare under penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct.

Executed on October 16, 2017, at Anchorage, Alaska.

Ileen Sylvester

SUPPLEMENTAL DECLARATION OF
ILEEN SYLVESTER
Page 3 of 3

*Southcentral Foundation v. ANTHC*

Case No. 3:17-cv-00018-TMB

Case 3:17-cv-00018-TMB   Document 101   Filed 10/17/17   Page 3 of 3