James E. Torgerson (Bar No. 8509120)
jim.torgerson@stoel.com
Sarah Langberg (Bar No. 1505075)
sarah.langberg@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920

Attorneys for Defendant and Counterclaimant
Alaska Native Tribal Health Consortium

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHCENTRAL FOUNDATION,<br><br>        Plaintiff and Counter-Defendant,<br><br>v.<br><br>ALASKA NATIVE TRIBAL HEALTH CONSORTIUM,<br><br>        Defendant and Counterclaimant. | Case No.: 3:17-cv-00018-TMB<br><br>DECLARATION OF SARAH LANGBERG **(REDACTED)** |

I, SARAH LANGBERG, hereby declare as follows:

1. I am over the age of eighteen and have personal knowledge of the statements contained in this declaration.

2. I am an attorney with the law firm of Stoel Rives LLP, counsel for Defendant and Counterclaimant Alaska Native Tribal Health Consortium (ANTHC) in the above-captioned litigation.

3. This declaration is made in support of ANTHC's replies in support of its motions for summary judgment (Dkt. 36) and to dismiss (standing and mootness) (Dkt. 34, sealed), filed contemporaneously herewith.

DECLARATION OF SARAH LANGBERG
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 1 of 4

4. Attached are true and correct copies of the following documents that ANTHC relies upon in its Opposition:

    a. Exhibit A: ▮

**CONFIDENTIAL (FILING UNDER SEAL)** *Attorneys' Eyes Only documents excluded from range*;

    b. Exhibit B: ▮

**CONFIDENTIAL (FILING UNDER SEAL)** *Attorneys' Eyes Only documents excluded from range*;

    c. Exhibit C: ▮

**CONFIDENTIAL (FILING UNDER SEAL)**;

    d. Exhibit D: ▮

**CONFIDENTIAL (FILING UNDER SEAL)**;

    e. Exhibit E: ▮

**CONFIDENTIAL (FILING UNDER SEAL)**;

    f. Exhibit F: ▮

**CONFIDENTIAL (FILING UNDER SEAL)**;

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900  Fax 907.277.1920*

DECLARATION OF SARAH LANGBERG
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 2 of 4

g.  Exhibit G: ███████████████████████ **CONFIDENTIAL (FILING UNDER SEAL)**;

h.  Exhibit H: ███████████████ **CONFIDENTIAL (FILING UNDER SEAL)**;

i.  Exhibit I: ███████████████ **CONFIDENTIAL (FILING UNDER SEAL)**;

j.  Exhibit J: ███████████████████████ **CONFIDENTIAL (FILING UNDER SEAL)**;

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: October 17, 2017

        STOEL RIVES LLP

        By: /s/ Sarah Langberg
           SARAH LANGBERG

        Attorneys for Defendant and Counterclaimant
        Alaska Native Tribal Health Consortium

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900  Fax 907.277.1920*

DECLARATION OF SARAH LANGBERG
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 3 of 4

Case 3:17-cv-00018-TMB   Document 107   Filed 10/17/17   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2017, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in this Case No. 3:17-cv-00018-TMB who are registered CM/ECF users, and who are listed below, will be served by the CM/ECF system.

Louisiana W. Cutler
Shane K. Kanady
Dorsey & Whitney, LLC
1031 W 4th Ave., Ste. 600
Anchorage, AK 99501
cutler.louisiana@dorsey.com
kanady.shane@dorsey.com

William D. Temko
Munger, Tolles & Olson LLP
355 S Grand Ave., Ste. 3500
Los Angeles, CA 90071
William.Temko@mto.com

/s/ Sarah Langberg
Sarah Langberg

94444194.1 0009312-00008

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900   Fax 907.277.1920*

DECLARATION OF SARAH LANGBERG
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 4 of 4
Case 3:17-cv-00018-TMB   Document 107   Filed 10/17/17   Page 4 of 4