William D. Temko, CA Bar #98858
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560
(213) 683-9266
william.temko@mto.com

Louisiana W. Cutler #9106028
Shane K. Kanady #1411096
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
cutler.louisiana@dorsey.com
kanady.shane@dorsey.com

Attorneys for Plaintiff Southcentral Foundation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Southcentral Foundation,<br><br>              Plaintiff,<br><br>vs.<br><br>Alaska Native Tribal Health Consortium,<br><br>              Defendant. | Case No. 3:17cv-00018-TMB<br><br>**REQUEST FOR ORAL ARGUMENT** |

Pursuant to Local Rule 7.2(a), Plaintiff Southcentral Foundation hereby requests oral argument on the following dispositive motions currently pending before this Court: Defendant's Motion to Dismiss (Sovereign Immunity), Defendant's Motion to Dismiss (Standing/Mootness), and the parties' cross Motions for Summary Judgment. Briefing on all motions were completed on October 17, 2017.

Counsel respectfully requests that the oral argument not be scheduled from

REQUEST FOR ORAL ARGUMENT *Southcentral Foundation. v. ANTHC*
Page 1 of 3 Case No. 3:17-cv-00018-TMB
Case 3:17-cv-00018-TMB   Document 111   Filed 10/19/17   Page 1 of 3

November 20 to 28, 2017.

    DATED this 19th day of October, 2017.

                          MUNGER, TOLLES & OLSON LLP
                          Attorneys for Plaintiff Southcentral
                          Foundation

                          By:      /s/
                               William D. Temko, CA Bar #98858
                               william.temko@mto.com
                               Munger, Tolles & Olson LLP
                               350 South Grand Avenue, 50th Floor
                               Los Angeles, CA 90071-1560
                               (213) 683-9266

    DATED this 19th day of October, 2017.

                          DORSEY & WHITNEY LLP
                          Attorneys for Plaintiff Southcentral
                          Foundation

                          By:      /s/
                               Louisiana W. Cutler, ABA #9106028
                               cutler.louisiana@dorsey.com
                               Shane K. Kanady, ABA #1411096
                               kanady.shane@dorsey.com
                               Dorsey & Whitney LLP
                               1031 West Fourth Avenue, Suite 600
                               Anchorage, AK 99501-5907
                               (907) 276-4557

REQUEST FOR ORAL ARGUMENT           *Southcentral Foundation. v. ANTHC*
Page 2 of 3                                                                 Case No. 3:17-cv-00018-TMB
Case 3:17-cv-00018-TMB   Document 111   Filed 10/19/17   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2017, a true and correct copy of the foregoing was served on:

James Torgerson    jim.torgerson@stoel.com
Sarah Langberg    sarah.langberg@stoel.com

by electronic means through the ECF system or if not confirmed by ECF, by first class mail.

/s/ Louisiana W. Cutler
Louisiana W. Cutler, ABA #9106028
Dorsey & Whitney, LLP