James E. Torgerson (Bar No. 8509120)
jim.torgerson@stoel.com
Sarah Langberg (Bar No. 1505075)
sarah.langberg@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920

Attorneys for Defendant and Counterclaimant
Alaska Native Tribal Health Consortium

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHCENTRAL FOUNDATION,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>ALASKA NATIVE TRIBAL HEALTH CONSORTIUM,<br><br>　　　　Defendant and Counterclaimant. | Case No. 3:17-cv-00018-TMB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Please take notice that Sarah Langberg, of Stoel Rives LLP, hereby withdraws as counsel for Defendant/Counterclaimant Alaska Native Tribal Health Consortium ("ANTHC") in this action effective January 5, 2018. James E. Torgerson, of Stoel Rives LLP, shall remain counsel for ANTHC. Copies of all further papers, proceedings, and correspondence herein shall continue to be served on James Torgerson via ECF james.torgerson@stoel.com, Stoel Rives LLP, 510 L Street, Suite 500, Anchorage, Alaska 99501.

NOTICE OF WITHDRAWAL OF COUNSEL
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 1 of 2
95215453.1 0009312-00008

Case 3:17-cv-00018-TMB   Document 121   Filed 12/29/17   Page 1 of 2

DATED: December 29, 2017

                            STOEL RIVES LLP

                            By: /s/ Sarah Langberg
                               JAMES E. TORGERSON (AK Bar 8509120)
                               SARAH LANGBERG (AK Bar 1505075)

                               Attorneys for Defendant and Counterclaimant
                               Alaska Native Tribal Health Consortium

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2018, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in this Case No. 3:17-cv-00018-TMB who are registered CM/ECF users will be served by the CM/ECF system.

By: /s/ James E. Torgerson
      James E. Torgerson

NOTICE OF WITHDRAWAL OF COUNSEL
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 2 of 2
95215453.1 0009312-00008

Case 3:17-cv-00018-TMB   Document 121   Filed 12/29/17   Page 2 of 2