IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHCENTRAL FOUNDATION,<br><br>                            Plaintiff,<br><br>      v.<br><br>ALASKA NATIVE TRIBAL HEALTH CONSORTIUM,<br><br>                            Defendant. | Case No. 3:17-cv-00018-TMB<br><br>ORDER ON ORAL ARGUMENT |

The Court will hear oral argument on Plaintiff Southcentral Foundation's Motion for Summary Judgment (dkt. 31, dkt. 38) and Defendant Alaska Native Tribal Health Consortium's Motion to Dismiss (dkt. 33, dkt. 34) and Motion for Summary Judgment (dkt. 35, dkt. 36) on February 27, 2018, at 3:00 PM.[1] The Court will hear first from Plaintiff, followed by Defendant, and each side will have the option of rebuttal. Each party will have thirty minutes, in total, for their principal argument and rebuttal, and may reserve time for rebuttal at the start of the hearing.

While the parties are free to address the issues in any order, the Court is particularly interested in the following questions:

- Should the parties' motion to dismiss and motions for summary judgment be kept under seal, and if so, what is the legal basis for doing so?

- Does Section 325 of Pub. L. No. 105-83 ("Section 325") prohibit the Board from creating an executive committee? Are there any similar federal statutes which

---

[1] In addition, the Court originally granted oral argument on Defendant's Motion to Dismiss (dkt. 30) based on sovereign immunity. The Court notes that Defendant subsequently filed a notice of waiver of sovereign immunity at docket 125.

1

authorize the creation of an entity governed by a Board of Directors, and if so, how have courts interpreted these statutes?

- What is the meaning of the term "representative" in Section 325, and what case law, legislative history, or other authority should the Court look to in interpreting this term?

- Under Section 325, what is the role of regional health entities with respect to the Consortium, and what case law, legislative history, or other authority supports this understanding?

Dated at Anchorage, Alaska, this 26th day of February, 2018.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE