William D. Temko, CA Bar #98858
Nicholas D. Fram, CA Bar #288293
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560
(213) 683-9266
william.temko@mto.com
nicholas.fram@mto.com

Louisiana W. Cutler #9106028
Shane Kanady #1411096
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
cutler.louisiana@dorsey.com
kanady.shane@dorsey.com

Attorneys for Plaintiff Southcentral Foundation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Southcentral Foundation,<br><br>Plaintiff,<br><br>vs.<br><br>Alaska Native Tribal Health Consortium,<br><br>Defendant. | Case No. 3:17cv-00018-TMB |

**DECLARATION OF JAYLENE PETERSON-NYREN**

I, Jaylene Peterson-Nyren, declare and state as follows:

1. I am the Senior Director of the Resource and Development Division at Southcentral Foundation (SCF) and I have a Bachelor of Arts degree in Organizational Management from Alaska Pacific University. The facts set forth herein are known to me personally, and, if called as a witness, I could and would testify competently thereto.

2. In June 2018, I took over for Ileen Sylvester as SCF's alternate designated Director on the Board of Directors of the Alaska Native Tribal Health Consortium ("ANTHC").

3. On July 14, 2018, Katherine Gottlieb, SCF's primary designated Director on the Board of Directors of ANTHC, informed me that there was to be a meeting of the ANTHC Board of Directors' Leadership Planning Committee ("LPC") on Friday, July 20, 2018. I understand that Ms. Gottlieb was informed of this meeting on July 13, 2018. The LPC is the current Board committee with jurisdiction over executive compensation. The only substantive item on the LPC agenda was a discussion of ANTHC President Andy Teuber's proposed compensation and the renewal of his employment contract.

4. On July 14, 2018, Ms. Gottlieb also informed me there was to be a Special Meeting of the ANTHC Board of Directors on Wednesday, July 25, 2018. I understand that Ms. Gottlieb was informed of this meeting on July 13, 2018 as well. The only agenda item for the Special Board Meeting was the consideration of the LPC's recommendation regarding President Teuber's proposed compensation and employment contract renewal. No information about President Teuber's compensation package or proposed contract was distributed with the meeting notice for ANTHC Directors' evaluation.

5. Although neither Ms. Gottlieb nor I is a member of the LPC, Article VIII, Section C of ANTHC's Bylaws states that all ANTHC Directors may attend all ANTHC Board committee meetings. The same provision also states that Directors' participation in discussion during the committee meetings is at the discretion of the Chair. Article III, Section D of the

1

ANTHC Bylaws specifically defines "Directors" to include both primary and alternate Directors. A true and correct copy of the current ANTHC Bylaws is attached hereto as Exhibit A.

6. I arrived at the ANTHC Board Room to attend the LPC meeting at approximately 9:00 a.m. on July 20, 2018. My intention was to listen to the LPC's discussion of the proposed compensation for President Teuber and the terms proposed for his new employment contract. I was initially permitted to enter the LPC meeting. However, immediately after the meeting agenda was approved, the LPC approved a motion to go into executive session to discuss President Teuber's proposed compensation and contract. At that point, the Chair of the LPC, Evelyn Beeter, excluded me from the meeting. The stated reason was that I was an alternate Director, and Ms. Beeter asserted that whether an alternate Director can attend an executive session of a committee meeting is at the discretion of the Chair of the meeting. I believe this to be a violation of Article VIII of ANTHC's Bylaws.

7. After Ms. Beeter excluded me from the LPC meeting, I immediately notified Ms. Gottlieb, SCF's primary designated Director. I understand that Ms. Gottlieb twice attempted to call into the executive session of the LPC meeting to attend telephonically but was not permitted to do so.

8. Ms. Gottlieb and I registered our dissent over our exclusion from the LPC meeting in a letter to Ms. Beeter the same day. We stated that my exclusion violated ANTHC's Bylaws. We also reminded Ms. Beeter that all ANTHC Directors have a fiduciary duty to ANTHC, as well as obligations under the ANTHC Board of Directors' Code of Conduct, to evaluate the appropriateness of a proposal regarding the ANTHC President's compensation and contract renewal so that they can be well prepared to make an informed decision when asked to vote. We informed Ms. Beeter that excluding me from the LPC meeting and failing to provide all ANTHC Directors with information about President Teuber's proposed compensation and contract in advance of the Special Board meeting prevented us from fulfilling these duties and obligations to ANTHC. We further stated that waiting until the Special Board meeting to

distribute such information would prevent ANTHC Directors from becoming fully informed and adequately prepared for any significant decision on President Teuber's proposed compensation and contract. Accordingly, we requested that the LPC provide all Directors with relevant documents in advance of the Board meeting, including (1) complete versions of both the current and newly-proposed employment contracts for President Teuber, (2) a written summary of the significant terms of the proposed contract for President Teuber; (3) any analysis or report prepared by any external compensation consultant concerning the proposed compensation and contract for President Teuber; (4) any analysis by outside counsel concerning President Teuber's proposed compensation and contract; and (5) any analysis of the federal tax that would be imposed upon ANTHC under the Tax Cuts and Jobs Act of 2017 as a result of the LPC's recommendation to the ANTHC Board concerning President Teuber's total compensation. We asked that Ms. Beeter provide the requested information by July 23, 2018. A true and correct copy of that letter is attached hereto as Exhibit B.

9. Neither Ms. Beeter nor anybody from ANTHC provided us with the requested information by July 23, 2018, or at any time prior to the July 25, 2018 Special Board Meeting. As a result, I was unable to consult with Ms. Gottlieb before the ANTHC Special Board Meeting to evaluate whether the proposal related to President Teuber's compensation and contract renewal was reasonable and appropriate.

10. On July 24, 2018, we received a reply letter from Ms. Beeter, stating that she stood by her decision to exclude me from the July 20, 2018 LPC meeting. The letter did not include any of the documents we had requested. It stated that information about President Teuber's proposed contract would be provided the following day at the Special Board Meeting. Ms. Beeter's letter stated that the Board "began discussing" President Teuber's contract renewal more than one year ago, in June 2017, when the Board "reviewed a recommended draft." However, it is my understanding that at the June 2017 meeting, immediately before adjournment and in open session, President Teuber withdrew his request to the ANTHC Board to extend his

3

*Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-TMB
Case 3:17-cv-00018-TMB   Document 143   Filed 08/29/18   Page 4 of 6

employment contract. I further understand that since the June 2017 ANTHC Board meeting, there was no meaningful discussion by the full ANTHC Board about President Teuber's compensation and contract renewal until the July 25, 2018 Special Board meeting. A true and correct copy of Ms. Beeter's July 24, 2018 letter is attached hereto as Exhibit C.

11. Ms. Beeter's letter also revised her rationale for excluding me from the executive session of the LPC meeting. Relying upon Robert's Rules of Order, the letter stated that I was excluded because, as the Chair of the LPC, Ms. Beeter may determine, in her sole discretion, whether Directors who are not members of the LPC may attend executive sessions of the LPC. I believe this to be a violation of Article VIII of the ANTHC Bylaws.

12. I attended the Special Board Meeting on July 25, 2018. The only item on the agenda was President Teuber's proposed compensation and contract renewal. Also at the meeting [REDACTED]

13. At the end of the meeting, the Board voted to approve the new employment contract proposed for President Teuber. I abstained from the vote because I did not think I was provided the opportunity to be sufficiently informed before being asked to vote. Because I was not permitted [REDACTED]. I was not able to share any documents or information with Ms. Gottlieb. I wanted to share

4

information with her about something as important as President Teuber's new employment contract and compensation package.

14. To this day, I have not seen a copy of the employment contract that the ANTHC Executive Committee entered into with President Teuber in December 2014. I understand that Ms. Gottlieb has never seen the contract, nor has the SCF Board.

15. To this day, I understand that Ms. Gottlieb has not seen President Teuber's new contract, nor has the SCF Board.

16. The LPC met again on August 21, 2018. I was permitted to attend the first 30 minutes of the meeting. However, when the LPC went into executive session to discuss the metrics by which President Teuber's performance would be measured under his new contract for purposes of determining his bonus, the LPC Chair, Ms. Beeter, asked me to leave the meeting. The reason provided for excluding me was that I was an alternate Director and whether an alternate Director may attend an executive session of a committee meeting is at the discretion of the Chair of the meeting. Notably, President Teuber was permitted to remain in the executive session. I believe my exclusion from the LPC executive session violated Article VIII of ANTHC's Bylaws.

I declare under penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct.

Executed on August 29, 2018, at Anchorage, Alaska.

Jaylene Peterson-Nyren

5