William D. Temko, CA Bar #98858
Nicholas D. Fram, CA Bar #288293
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560
(213) 683-9266
william.temko@mto.com
nicholas.fram@mto.com

Louisiana W. Cutler #9106028
Shane Kanady #1411096
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
cutler.louisiana@dorsey.com
kanady.shane@dorsey.com

Attorneys for Plaintiff Southcentral Foundation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Southcentral Foundation,<br><br>    Plaintiff,<br><br>vs.<br><br>Alaska Native Tribal Health Consortium,<br><br>    Defendant. | Case No. 3:17cv-00018-TMB<br><br>**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

40117553.1

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Southcentral Foundation in the above-captioned action hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order at ECF No. 149, which will be separately filed under seal as Exhibit A.

Defendant's Representation Statement, required by Ninth Circuit Rule 3-2(b), is attached to this Notice as Exhibit B.

DATED: October 16, 2018      MUNGER, TOLLES & OLSON LLP

By: /s/ William D. Temko
WILLIAM D. TEMKO, CA Bar #98858

Attorneys for Plaintiff Southcentral Foundation
*Appearing pro hac vice*

DATED: October 16, 2018      DORSEY & WHITNEY LLP

By: /s/ Louisiana W. Cutler
LOUISIANA W. CUTLER, #9106028

Attorneys for Plaintiff Southcentral Foundation

## CERTIFICATE OF SERVICE

I hereby certify that on the October 16, 2018. a true and correct copy of the foregoing was served on:

James Torgerson     *jim.torgerson@stoel.com*

by electronic means through the ECF system or if not confirmed by ECF, by first class mail.

/s/ *Louisiana W. Cutler*

Dorsey & Whitney LLP

40117553.1

2

*Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-TMB