James E. Torgerson (Bar No. 8509120)
jim.torgerson@stoel.com
Sarah Langberg (Bar No. 1505075)
sarah.langberg@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920

Attorneys for Defendant and Counterclaimant
Alaska Native Tribal Health Consortium

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| SOUTHCENTRAL FOUNDATION, | Case No.: 3:17-cv-00018-TMB |
|---|---|
| Plaintiff and Counter-Defendant, | INDEX OF EXHIBITS TO DECLARATION OF SARAH LANGBERG |
| v. | |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, | |
| Defendant and Counterclaimant. | |

| Exhibit | Description | Sealed Exhibit |
|---|---|---|
| A | Excerpt from Public Law 105-83 (full text from §§ 325, 326) | NO |
| B | Articles of Incorporation of ANTHC (filed Dec. 5, 1997) [ANTHC_000054 - 61] | NO |
| C | Amended and Restated Articles of Incorporation of ANTHC (filed Mar. 8, 2001) [ANTHC_000063 - 69] | NO |
| D | Amended and Restated Articles of Incorporation of ANTHC (filed Feb. 1, 2012) [ANTHC_000072 - 76] | NO |
| E | Amended and Restated Bylaws of ANTHC (as of Apr. 6, 2017) [ANTHC_001574-1592] | NO |
| F | ANTHC Board of Directors Disclosure of Records and Information Policy No. 01-1007 (approved and effective Apr. 6, 2017) [ANTHC_001608-1611] | NO |
| G | Exhibit G: ANTHC Board of Directors Code of Conduct (Apr. 11, 2012) [ANTHC_000571-578] | NO |
| H | ANTHC Board of Directors Code of Conduct (Jun. 1, 2016) [ANTHC_000820-826] | NO |

INDEX OF EXHIBITS - LANGBERG DECL.
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 1 of 2

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main 907.277.1900   Fax 907.277.1920

| Exhibit | Description | Sealed Exhibit |
|---|---|---|
| I | ANTHC Board of Directors Code of Conduct (Jun. 6, 2017) [ANTHC_001595-1603] | NO |
| J | Plaintiff's Responses and Objections to Defendant's Second Discovery Requests (Jul. 17, 2017) | NO |
| K | *Excerpt* from Southcentral Foundation's (SCF) proposed amendments to the ANTHC Bylaws, Article XIV (Jun. 3, 2015) [SCF_000253] | **YES** |
| L | *Excerpt* from SCF's proposed amendments to ANTHC's Code of Conduct (Jun. 1, 2016) [SCF_000336-338] | **YES** |
| M | Amended and Restated Bylaws of SCF (May 12, 2011) [SCF_000005-8] | **YES** |
| N | SCF's Board of Directors and Officers Conflict of Interest Policy (Nov. 7, 2016) [SCF_000009-21] | **YES** |
| O | *Excerpt* from SCF's "Code of Conduct & Ethics", Section 8: *Our Commitment to Integrity in Relationships* (Jan. 2014) [SCF_000037, SCF_000061] | **YES** |
| P | ANTHC's Board of Director Meeting Minutes (Dec. 2-3, 2014) [ANTHC_000146-155] | **YES** |
| Q | ANTHC Board of Directors Resolution No. 14-06: Establishment of Executive Committee (Dec. 3, 2014) [ANTHC_000660-661] | NO |
| R | ANTHC Board of Directors Executive Committee Charter (Dec. 3, 2014) [ANTHC_001488-1490] | **YES** |
| S | ANTHC Board of Directors Executive Committee Charter (Sep. 28, 2016) [ANTHC_001563-1564] | NO |
| T | ANTHC Board of Directors Executive Committee Charter (Apr. 6, 2017) [ANTHC_001612-1613] | NO |
| U | ANTHC Board of Directors Resolution No. 17-02: Establishment of Executive Committee (Apr. 6, 2017) [ANTHC_001593-1594] | NO |
| V | Amended and Restated Bylaws of ANTHC (as of Apr. 11, 2012) [ANTHC_000549-565] | NO |

93814717.1 0009312-00008