James E. Torgerson (Bar No. 8509120)
jim.torgerson@stoel.com
Sarah Langberg (Bar No. 1505075)
sarah.langberg@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920

Attorneys for Defendant and Counterclaimant
Alaska Native Tribal Health Consortium

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHCENTRAL FOUNDATION,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>ALASKA NATIVE TRIBAL HEALTH CONSORTIUM,<br><br>    Defendant and Counterclaimant. | Case No.: 3:17-cv-00018-TMB<br><br>DECLARATION OF ANDREW JIMMIE **(SEALED)** |

I, ANDREW JIMMIE, declare as follows:

1. My name is Andrew Jimmie. I am over the age of eighteen and make this declaration on the basis of personal knowledge, and/or on the basis of information available to me in my capacity as a director, officer and tribal leader of several tribal entities, including the Alaska Native Tribal Health Consortium ("ANTHC" or "Consortium"). I am competent to testify to the matters stated in this Declaration, which are true and correct to the best of my knowledge, information, and belief.

2. I have served as a tribal leader for Minto, the Tanana Chiefs Conference (TCC) Health Board and/or Doyon for over 60 years.

DECLARATION OF ANDREW JIMMIE
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 1 of 6

3. TCC is a "Regional Health Entity" identified in Section 325 of Public Law 105-83. It was authorized, along with other regional health entities, to establish ANTHC and is represented on ANTHC's Board of Directors. TCC is a Co-Signer of the Alaska Tribal Health Compact.

4. TCC is responsible for administering a broad array of programs for Alaska Natives and American Indians residing in its region.

5. I was involved in creating ANTHC and have served as a Director on ANTHC's Board of Directors representing TCC since ANTHC was established in 1997. I am currently the Chair of the Bylaws and Policy Committee and serve on several other ANTHC board committees, including the Elders Advisory Committee, and the Finance and Audit Committee. I am also the Vice Chair of the Alaska Native Health Board, where I represent TCC.

6. When we created ANTHC and first approved the Bylaws, we decided that ANTHC would not have any "members." We allowed each regional health organization to select one "person" (and the unaffiliated tribes to select "two additional persons") to serve on the Board of Directors. The Board adopted minimum qualifications for Directors, including a "blood quantum" and other requirements that only an individual person could meet. We understood that individual persons serve on the board of directors, not the regional organizations or other tribal entities. And, we understood that the individuals have all the same fiduciary duties to ANTHC as other directors have to their corporate boards. We continue to have these understandings today.

7. Individual directors are expected to know about their regional issues and represent their regions on the ANTHC Board of Directors. This has always been a part of fulfilling our duties to ANTHC as an organization that makes decisions about statewide

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
Main 907.277.1900  Fax 907.277.1920

DECLARATION OF ANDREW JIMMIE
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 2 of 6

activities. Our responsibility for representing our regions does not create an exception to our other duties to ANTHC. It does not allow the individual directors to disregard their duties to ANTHC. When we sit at the ANTHC Board table together, we know that we are expected to do what is in the best interest of ANTHC.

8. We organized ANTHC this way because it is critical that we do what is best for the whole Consortium when we sit at the Board table, not just what helps our own regions and communities. The Alaska Tribal Health System has many different organizations and groups that meet to coordinate on various things. However, ANTHC is the only place where the decision makers are required to focus on the needs of the entire Consortium.

9. Despite these longstanding common understandings, the directors selected by SCF have taken a different position on this issue and it has caused difficulties for the Board and individual directors.

10. I do not feel comfortable being completely open about what is happening in my region or at ANTHC because of concern that SCF will gain access to the information and use it for its own advantage. I understand that other Directors have the same concern. I think ANTHC, as the statewide service provider with responsibility to support TCC, should be aware of certain issues and concerns my region has. But it is not appropriate to share them with SCF or other regional organizations. I do not discuss my region with SCF. Now, I always have to watch what I say when there is a Director selected by SCF at the table, because they claim they are allowed to tell SCF everything that happens at ANTHC. I am concerned about ensuring they use the information appropriately.

11. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main 907.277.1900   Fax 907.277.1920

DECLARATION OF ANDREW JIMMIE
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 3 of 6

[redacted]

12. ANTHC was created to provide a mechanism for all the tribes and regional organizations to work to collectively manage our statewide health services, instead of allowing SCF to manage it all. However, SCF continually tries to assert more and more control. There has always been tension between ANTHC and SCF because they compete for control over ANMC and sometimes other statewide health services too.

13. A few years ago, the Boards of Directors for ANTHC and SCF had a joint meeting and SCF gave all of the directors on the ANTHC and SCF boards a copy of a draft proposal that would have given SCF complete control over ANMC. We adjourned without discussing the actual proposal. Otherwise, there would have been a big fight. I think that was the last joint meeting the two boards had together.

14. After ANTHC bought the Diplomacy Building, Katherine Gottlieb, the primary ANTHC director selected by SCF, proposed that the ANTHC Board of Directors require ANTHC to sell the building to SCF. The discussion was difficult, even though Ms. Gottlieb declared a conflict, because she clearly wore her SCF President/CEO hat while sitting at the table as an ANTHC Director.

15. I declare under penalty of perjury that the foregoing it true and correct to the best of my knowledge, information and belief.

//

//

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900   Fax 907.277.1920*

DECLARATION OF ANDREW JIMMIE
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 4 of 6

EXECUTED: August 16, 2017

By: *[signature]*
ANDREW JIMMIE

Director
Alaska Native Tribal Health Consortium

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main 907.277.1900   Fax 907.277.1920

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2017, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in this Case No. 3:17-cv-00018-TMB who are registered CM/ECF users, and who are listed below, will be served by the CM/ECF system.

Louisiana W. Cutler
Katherine E. Demarest
Dorsey & Whitney, LLC
1031 W 4th Ave., Ste. 600
Anchorage, AK 99501
cutler.louisiana@dorsey.com
demarest.katherine@dorsey.com

William D. Temko
Munger, Tolles & Olson LLP
355 S Grand Ave., Ste. 3500
Los Angeles, CA 90071
William.Temko@mto.com

/s/ James E. Torgerson
James E. Torgerson

93765785.4 0009312-00008

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main 907.277.1900   Fax 907.277.1920*

DECLARATION OF ANDREW JIMMIE
*Southcentral Foundation v ANTHC*, 3:17-cv-00018-TMB
Page 6 of 6