# UNITED STATES DISTRICT COURT
for the
District of Alaska

| SOUTHCENTRAL FOUNDATION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:17-cv-00018-TMB |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant recover of plaintiff defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of __1.54__% as provided by law.

APPROVED:

**s/Timothy M. Burgess**
Timothy M. Burgess
United States District Judge

Date: December 18, 2019

**Jennifer A. Gamble**
Jennifer A. Gamble
Acting Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*