Geoffrey Strommer (AK Bar No. 0911044)
Hobbs, Straus, Dean & Walker, LLP
215 SW Washington, Suite 200
Portland, OR 97204
Telephone: (503) 242-1745
Fax: (503) 242-1072
Email: gstrommer@hobbsstraus.com

Attorney for *Amici Curiae*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **SOUTHCENTRAL FOUNDATION,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:17-cv-00018-TMB |
| **ALASKA NATIVE TRIBAL HEALTH CONSORTIUM,** | ) ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER GRANTING MOTION
TO PARTICIPATE AS *AMICI CURIAE***

On December 22, 2021, Metlakatla Indian Community, Kenaitze Indian Tribe, Arctic Slope Native Association, Bristol Bay Area Health Corporation, Copper River Native Association, Kodiak Area Native Association, Mt. Sanford Tribal Consortium, Norton Sound Health Corporation, and Southeast Alaska Regional Health Consortium (*Amici*) filed a Motion to Participate as *Amici Curiae* seeking leave to file an *amicus* brief to assert their interests as necessary and indispensable parties to this case.

*Southcentral Foundation v. ANTHC*  [Proposed] Order Granting Motion to
Case No. 3:17-cv-00018-TMB   1   Participate as *Amici Curiae*

Case 3:17-cv-00018-JMK   Document 308-2   Filed 12/22/21   Page 1 of 2

Upon consideration of the Motion to Participate as *Amici Curiae*, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion to Participate as *Amici Curiae* is **GRANTED**.

The Brief of *Amici Curiae* Alaska Tribes and Tribal Health Organizations Regarding Necessary and Indispensable Parties shall be deemed filed as of the date this order is granted.

DATED this __ day of _____, 20___, at Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
U.S. District Court Judge