WILLIAM D. TEMKO (CA Bar #98858)
NICHOLAS D. FRAM (CA Bar #288293)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
william.temko@mto.com
nicholas.fram@mto.com

Jahna M. Lindemuth (AK Bar No. 9711068)
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7938
jahna@cashiongilmore.com

*Attorneys for Plaintiff Southcentral Foundation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| Southcentral Foundation,<br><br>Plaintiff,<br><br>vs.<br><br>Alaska Native Tribal Health Consortium,<br><br>Defendant. | Case No. 3:17cv-00018-TMB |
|---|---|

**SOUTHCENTRAL FOUNDATION'S NOTICE OF SUPPLEMENTAL INFORMATION TO SUPPORT BILL OF COSTS**

Southcentral Foundation ("SCF") hereby files this Notice to provide the following supplemental information in support of its Bill of Costs (Dkt. No. 354):

| | | |
|---|---|---|
| • | Filing Fee for Complaint (Dkt. No. 2, attached) | $400.00 |
| • | Filing Fee for Notice of Appeal to Ninth Circuit (Dkt. No. 167, attached) | $505.00 |
| • | Reimbursement for Copying Charges that SCF Paid to ANTHC before reversal by Ninth Circuit (Dkt. No. 271, attached) | $1,701.80 |
| • | In-house copying charges - - 4,458 copies @ $ .10 per page (see attached spreadsheet) | $445.80 |
| • | Outside vendor charges for blowbacks - - black and white blowbacks @ $ .05 per page; color blowbacks @ $ .125 per page (invoices attached)<br><br>[We are missing one invoice, Invoice # 20990, for a total of $18.99] | $544.22 |
| • | Ninth Circuit Costs taxed against ANTHC but never paid to SCF (9th Cir. Dkt. No. 103, attached) | $173.80 |
| | TOTAL COSTS DUE | $3,770.62 |

49663093.1

DATED: August 22, 2022

MUNGER, TOLLES & OLSON LLP

By: */s/ William D. Temko*
WILLIAM D. TEMKO
CA Bar #98858
*Appearing pro hac vice*

CASHION GILMORE & LINDEMUTH

By: */s/ Jahna M. Lindemuth*
JAHNA M. LINDEMUTH
AK Bar #9711068

Attorneys for Plaintiff Southcentral Foundation

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, a true and correct copy of the foregoing was served on:

James Torgerson *jim.torgerson@stoel.com*
Rachel Lee *rachel.lee@stoel.com*
Connor Smith *connor.smith@stoel.com*

By electronic means through the ECF system.

/s/ *William D. Temko*

49663093.1

# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| Southcentral Foundation | ) | |
| | ) | |
| v. | ) | Case No.: 3:17-cv-00018-TMB |
| Alaska Native Tribal Health Consortium | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on 07/21/2022 (*Date*) against Alaska Native Tribal Health Consortium

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 905.00 |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 2,701.64 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | 173.80 |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 3,780.44 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other: ____________________

s/ Attorney: /s/ WDT

Name of Attorney: Willliam D. Temko

For: Southcentral Foundation (*Name of Claiming Party*) Date: 08/04/2022

### Taxation of Costs

Costs are taxed in the amount of ____________________ and included in the judgment.

____________________ By: ____________________ ____________________

*Clerk of Court* *Deputy Clerk* *Date*

**Temko, William**

**From:** cmecfmail@akd.uscourts.gov
**Sent:** Friday, January 20, 2017 6:37 PM
**To:** cmecfmail@akd.uscourts.gov
**Subject:** Activity in Case 3:17-cv-00018-TMB Southcentral Foundation v. Alaska Native Tribal Health Consortium Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Alaska**

## Notice of Electronic Filing

The following transaction was entered by Demarest, Katherine on 1/20/2017 at 5:36 PM AST and filed on 1/20/2017

**Case Name:** Southcentral Foundation v. Alaska Native Tribal Health Consortium
**Case Number:** 3:17-cv-00018-TMB
**Filer:** Southcentral Foundation
**Document Number:** 2

**Docket Text:**
**COMPLAINT *for Declaratory Judgment* against Southcentral Foundation ( Filing fee $ 400 receipt number 097--2271083.), filed by Southcentral Foundation. (Attachments: # (1) Exhibit A)(Demarest, Katherine)**

**3:17-cv-00018-TMB Notice has been electronically mailed to:**

Katherine E. Demarest demarest.katherine@dorsey.com, AK-USDC@dorsey.com, black.angie@dorsey.com, mckibben.pamela@dorsey.com

William D Temko William.Temko@mto.com, vivian.rodriguez@mto.com

**3:17-cv-00018-TMB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**From:** cmecfmail@akd.uscourts.gov
**Sent:** Tuesday, October 16, 2018 3:47 PM
**To:** cmecfmail@akd.uscourts.gov
**Subject:** Activity in Case 3:17-cv-00018-TMB Southcentral Foundation v. Alaska Native Tribal Health Consortium Notice of Appeal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Alaska**

## Notice of Electronic Filing

The following transaction was entered by Cutler, Louisiana on 10/16/2018 at 2:47 PM ADT and filed on 10/16/2018

**Case Name:** Southcentral Foundation v. Alaska Native Tribal Health Consortium
**Case Number:** 3:17-cv-00018-TMB
**Filer:** Southcentral Foundation
**Document Number:** 167

**Docket Text:**
**NOTICE OF APPEAL as to [149] Order on Sealed Motion,,,,, by Southcentral Foundation. Filing fee $ 505, receipt number 097--2595388. (Attachments: # (1) Exhibit B)(Cutler, Louisiana)**

**3:17-cv-00018-TMB Notice has been electronically mailed to:**

James E. Torgerson jim.torgerson@stoel.com, babette.brewer@stoel.com, docketclerk@stoel.com, linda.rustigan@stoel.com, lori.obrien@stoel.com, perette.smith@stoel.com, sarah.dronenburg@stoel.com

Louisiana W. Cutler cutler.louisiana@dorsey.com, ak-usdc@dorsey.com, kanady.shane@dorsey.com, kendall.maeve@dorsey.com, mckibben.pamela@dorsey.com, price.barb@dorsey.com

Nicholas Daniel Fram Nicholas.Fram@mto.com, erika.eberline@mto.com

Shane K. Kanady kanady.shane@dorsey.com, johnson.patty@dorsey.com

William D Temko William.Temko@mto.com, vivian.rodriguez@mto.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

SOUTHCENTRAL FOUNDATION v. ALASKA NATIVE TRIBAL HEALTH CONSORTIUM

BRIAN D. KARTH, CLERK OF COURT

DEPUTY CLERK

Caroline Edmiston

CASE NO. 3:17-cv-00018-TMB

PROCEEDINGS: **CLERK'S NOTICE** DATE: February 4, 2020

A Bill of Costs was filed by the Defendant, Alaska Native Tribal Health Consortium, at Docket 265 on 01/02/2020. Objections were timely filed by the Plaintiff at Docket 267, Defendant at Docket 268, Plaintiff at Docket 269 and were all reviewed and considered by the Clerk.

Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case in the amount of $1,701.80 (17,018 copies at .10 cents per copy) are allowed.

Total costs taxed by the Clerk for Defendant Alaska Native Tribal Health Consortium against Southcentral Foundation in the amount of **$1,701.80**.

Counsels' attention is directed to FRCvP 54.1(d); Review of Costs.

[CLERKNOT-rev. 9-10-15]

| Matter Number | Matter Name | Cost Index | Work Date | Cost Code | Cost Description | Tkpr Name | Narrative |
|---|---|---|---|---|---|---|---|
| 29450-00002 | ANTHC | 4223122 | 7/6/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1361, Time: 13:53:43, Qty: 1481 |
| 29450-00002 | ANTHC | 4210398 | 4/4/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1366, Time: 08:22:12, Qty: 878 |
| 29450-00002 | ANTHC | 4210397 | 4/4/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1366, Time: 08:41:59, Qty: 570 |
| 29450-00002 | ANTHC | 4201849 | 2/1/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1394, Time: 18:09:57, Qty: 2 |
| 29450-00002 | ANTHC | 4201850 | 2/1/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1394, Time: 19:17:32, Qty: 6 |
| 29450-00002 | ANTHC | 4228859 | 8/16/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 00:23:25, Qty: 1 |
| 29450-00002 | ANTHC | 4224533 | 7/17/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 09:30:29, Qty: 41 |
| 29450-00002 | ANTHC | 4205480 | 3/6/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 12:10:23, Qty: 2 |
| 29450-00002 | ANTHC | 4212448 | 4/20/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 13:49:06, Qty: 1 |
| 29450-00002 | ANTHC | 4224435 | 7/15/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 14:54:09, Qty: 1 |
| 29450-00002 | ANTHC | 4223804 | 7/11/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 16:22:03, Qty: 2 |
| 29450-00002 | ANTHC | 4205757 | 3/8/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 16:52:42, Qty: 7 |
| 29450-00002 | ANTHC | 4205593 | 3/7/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 17:01:49, Qty: 2 |
| 29450-00002 | ANTHC | 4226587 | 7/25/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 18:30:22, Qty: 1351 |
| 29450-00002 | ANTHC | 4228656 | 8/11/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 19:04:25, Qty: 13 |
| 29450-00002 | ANTHC | 4228657 | 8/11/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 20:59:49, Qty: 29 |
| 29450-00002 | ANTHC | 4228858 | 8/15/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1409, Time: 23:45:33, Qty: 2 |
| 29450-00002 | ANTHC | 4198243 | 1/3/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1415, Time: 15:47:52, Qty: 12 |
| 29450-00002 | ANTHC | 4230205 | 8/12/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1425, Time: 09:29:25, Qty: 1 |
| 29450-00002 | ANTHC | 4227025 | 7/28/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1425, Time: 09:43:57, Qty: 12 |
| 29450-00002 | ANTHC | 4227024 | 7/28/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1425, Time: 10:22:39, Qty: 9 |
| 29450-00002 | ANTHC | 4230204 | 8/13/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1425, Time: 12:03:38, Qty: 8 |
| 29450-00002 | ANTHC | 4230203 | 8/13/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1425, Time: 14:27:55, Qty: 5 |
| 29450-00002 | ANTHC | 4230202 | 8/16/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1425, Time: 15:12:22, Qty: 12 |
| 29450-00002 | ANTHC | 4224399 | 7/13/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1425, Time: 18:41:34, Qty: 1 |
| 29450-00002 | ANTHC | 4224400 | 7/13/2017 | 200 | Copying Charges | Temko, William D. | Copying Charges - User: WDT, Terminal: 1425, Time: 19:02:33, Qty: 9 |
| 29450-00002 | ANTHC | 4237484 | 9/1/2017 | 200 | Copying Charges | Firm, Firm | Copying Charges - VDS - B&W Blowback |
| 29450-00002 | ANTHC | 4311791 | 5/5/2019 | 205 | Copying Charges/Outside | Fram, Nicholas D. | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS - Inv 24992 - 05/05/19 - 215 B&W Blowback, 52 Color Blowback - N. Fram |
| 29450-00002 | ANTHC | 4316343 | 5/31/2019 | 205 | Copying Charges/Outside | Fram, Nicholas D. | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS - Inv 25132 - 05/31/19 - 425 B&W Blowback - N. Fram |
| 29450-00002 | ANTHC | 4315012 | 5/31/2019 | 205 | Copying Charges/Outside | Fram, Nicholas D. | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS - Inv 25174 - 05/31/19 - 1513 B&W Blowback, 594 Color Blowback - N. Fram |
| 29450-00002 | ANTHC | 4320765 | 7/31/2019 | 205 | Copying Charges/Outside | Fram, Nicholas D. | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS - Inv 25467 - 07/31/19 - 1412 B&W Blowback - N. Fram |
| 29450-00002 | ANTHC | 4253906 | 9/26/2017 | 205 | Copying Charges/Outside | Fram, Nicholas D. | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS - Inv.# 20990 - 9/26/17 - 350 B&W Blowbacks - N.Fram |
| 29450-00002 | ANTHC | 4239975 | 10/17/2017 | 205 | Copying Charges/Outside | Fram, Nicholas D. | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS - Inv.# 21207 - 10/17/17 - 513 B&W Blowbacks - N. Fram |
| 29450-00002 | ANTHC | 4254364 | 2/20/2018 | 205 | Copying Charges/Outside | Fram, Nicholas D. | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS - Inv.# 21991 - 2/20/18 - 454 B&W Blowbacks: 268 Color Blowbacks - N. Fram |
| 29450-00002 | ANTHC | 4226892 | 7/28/2017 | 205 | Copying Charges/Outside | Firm, Firm | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #20508. 7/23/17 - 3159 b&w blowbacks - V Rodriguez |
| 29450-00002 | ANTHC | 4476523 | 3/4/2022 | 280 | Filing/Recording/Registration Fees | Hurst, Brandy | LEGAL SUPPORT NETWORK, LLC - Vendor: Legal Support Network - Inv# SF-45507 03/04/2022 From Express Network to USDC Atlanta on 02/28/22 - J. Lunsford |

4,458 pages @ $.10 per page

?




515 South Figueroa Street, Suite 1900
Los Angeles CA 90071
(213) 362-5622 Ext. 430

# INVOICE

| | |
|---|---|
| Invoice | 24992 |
| Date | 5/5/2019 |
| Page | 1 |

**Bill To:**

MUNGER TOLLES & OLSON LLP
**Attention: Accounts Payable**
350 S. Grand Ave.
50th Floor
Los Angeles CA 90071

**Ship To:**

**Attention: Nicolas Fram**
350 S. Grand Ave.
Los Angeles CA 90071

| Client Matter | Job ID | Requestor | Date Requested | Site | Payment Terms |
|---|---|---|---|---|---|
| 29450-00002 | SC25440 | Nicolas Fram | 5/3/2019 | Los Angeles | Net 30 |

| Description | Quantity | Unit Price | Ext. Price |
|---|---|---|---|
| B&W Blowback | 215 | $0.05 | $10.75 |
| Color Blowback | 52 | $0.125 | $6.50 |

| | |
|---|---|
| Subtotal | $17.25 |
| Misc | $0.00 |
| Tax | $1.64 |
| Total | $18.89 |

**OK TO PAY**

Ruben Espalin
Abraham Filoteo

**Signature**

**Date** **Print Name**

**Return to ACCOUNTING via Interoffice Mail**




515 South Figueroa Street, Suite 1900
Los Angeles CA 90071
(213) 362-5622 Ext. 430

# INVOICE

| Invoice | 25132 |
|---|---|
| Date | 5/31/2019 |
| Page | 1 |

**Bill To:**

MUNGER TOLLES & OLSON LLP
**Attention: Accounts Payable**
350 S. Grand Ave.
50th Floor
Los Angeles CA 90071

**Ship To:**

**Attention: Nicholas Fram**
350 S. Grand Ave.
Los Angeles CA 90071

| Client Matter | Job ID | Requestor | Date Requested | Site | Payment Terms |
|---|---|---|---|---|---|
| 29450-00002 | SF02095 | Nicholas Fram | 5/14/2019 | San Francisco | Net 30 |

| Description | Quantity | Unit Price | Ext. Price |
|---|---|---|---|
| B&W Blowback | 425 | $0.05 | $21.25 |

| | |
|---|---|
| Subtotal | $21.25 |
| Misc | $0.00 |
| Tax | $1.81 |
| Total | $23.06 |

**OK TO PAY**

Ruben Espalin

**Signature**

**Date** **Print Name**

**Return to ACCOUNTING via Interoffice Mail**




515 South Figueroa Street, Suite 1900
Los Angeles CA 90071
(213) 362-5622 Ext. 430

# INVOICE

| | |
|---|---|
| Invoice | 25174 |
| Date | 5/31/2019 |
| Page | 1 |

**Bill To:**

MUNGER TOLLES & OLSON LLP
**Attention: Accounts Payable**
350 S. Grand Ave.
50th Floor
Los Angeles CA 90071

**Ship To:**

**Attention: Nicholas Fram**
350 S. Grand Ave.
Los Angeles CA 90071

| Client/Matter | Job ID | Requestor | Date Requested | Site | Payment Terms |
|---|---|---|---|---|---|
| 29450-00002 | SC25582 | Nicholas Fram | 5/29/2019 | Los Angeles | Net 30 |

| Description | Quantity | Unit Price | Ext. Price |
|---|---|---|---|
| B&W Blowback | 1,513 | $0.05 | $75.65 |
| Color Blowback | 594 | $0.125 | $74.25 |

| | |
|---|---|
| Subtotal | $149.90 |
| Misc | $0.00 |
| Tax | $14.23 |
| Total | $164.13 |

**OK TO PAY** Ruben Espalin
Abraham Filoteo

**Signature**

**Date** **Print Name**

**Return to ACCOUNTING via Interoffice Mail**



515 South Figueroa Street, Suite 1900
Los Angeles CA 90071
(213) 362-5622 Ext. 430

# INVOICE

| Invoice | 25467 |
| --- | --- |
| Date | 7/31/2019 |
| Page | 1 |

**Bill To:**

MUNGER TOLLES & OLSON LLP
**Attention: Accounts Payable**
350 S. Grand Ave.
50th Floor
Los Angeles CA 90071

**Ship To:**

**Attention: Nicholas Fram**
350 S. Grand Ave.
Los Angeles CA 90071

| Client Matter | Job ID | Requestor | Date Requested | Site | Payment Terms |
| --- | --- | --- | --- | --- | --- |
| 29450-00002 | SF02155 | Nicholas Fram | 7/5/2019 | San Francisco | Net 30 |

| Description | Quantity | Unit Price | Ext. Price |
| --- | --- | --- | --- |
| B&W Blowback | 1,412 | $0.05 | $70.60 |

| | |
| --- | --- |
| Subtotal | $70.60 |
| Misc | $0.00 |
| Tax | $6.00 |
| Total | $76.60 |

**OK TO PAY**

Ruben Espalin

**Signature**

**Date** **Print Name**

**Return to ACCOUNTING via Interoffice Mail**




515 South Figueroa Street, Suite 1900
Los Angeles CA 90071
(213) 362-5622 Ext. 430

# INVOICE

| | |
|---|---|
| Invoice | 21207 |
| Date | 10/31/2017 |
| Page | 1 |

**Bill To:**

MUNGER TOLLES & OLSON LLP
**Attention: Accounts Payable**
350 S. Grand Ave.
50th Floor
Los Angeles CA 90071

**Ship To:**

**Attention: Nicholas Fram**
350 S. Grand Ave.
Los Angeles CA 90071

| Client Matter | Job ID | Requestor | Date Requested | Site | Payment Terms |
|---|---|---|---|---|---|
| 29450-00002 | SF01299 | Nicholas Fram | 10/17/2017 | San Francisco | Net 30 |

| Description | Quantity | Unit Price | Ext. Price |
|---|---|---|---|
| B&W Blowback | 513 | $0.05 | $25.65 |

| | |
|---|---|
| Subtotal | $25.65 |
| Misc | $0.00 |
| Tax | $2.18 |
| Total | $27.83 |

**OK TO PAY** Jeng Lim Ruben Espalin

**Signature**

**Date** **Print Name**

**Return to ACCOUNTING via Interoffice Mail**



515 South Figueroa Street, Suite 1900
Los Angeles CA 90071
(213) 362-5622 Ext. 430

# INVOICE

| | |
|---|---|
| Invoice | 21991 |
| Date | 2/28/2018 |
| Page | 1 |

**Bill To:**

MUNGER TOLLES & OLSON LLP
**Attention: Accounts Payable**
350 S. Grand Ave.
50th Floor
Los Angeles CA 90071

**Ship To:**

**Attention: Nicholas Fram**
350 S. Grand Ave.
Los Angeles CA 90071

| Client Matter | Job ID | Requestor | Date Requested | Site | Payment Terms |
|---|---|---|---|---|---|
| 29450-00002 | SF01470 | Nicholas Fram | 2/20/2018 | San Francisco | Net 30 |

| Description | Quantity | Unit Price | Ext. Price |
|---|---|---|---|
| B&W Blowback | 454 | $0.05 | $22.70 |
| Color Blowback | 268 | $0.125 | $33.50 |

| | |
|---|---|
| Subtotal | $56.20 |
| Misc | $0.00 |
| Tax | $4.78 |
| Total | $60.98 |

**OK TO PAY** Jang Lim Ruben Espalin

Signature

Date

Print Name

# Return to ACCOUNTING via Interoffice Mail




515 South Figueroa Street, Suite 1900
Los Angeles CA 90071
(213) 362-5622 Ext. 430

# INVOICE

| Invoice | 20508 |
|---|---|
| Date | 7/23/2017 |
| Page | 1 |

**Bill To:**

MUNGER TOLLES & OLSON LLP
**Attention: Accounts Payable**
350 S. Grand Ave.
50th Floor
Los Angeles CA 90071

**Ship To:**

**Attention: Vivian Rodriguez**
350 S. Grand Ave.
Los Angeles CA 90071

| Client Matter | Job ID | Requestor | Date Requested | Site | Payment Terms |
|---|---|---|---|---|---|
| 29450-00002 | SC21872 | Vivian Rodriguez | 7/18/2017 | Los Angeles | Net 30 |

| Description | Quantity | Unit Price | Ext. Price |
|---|---|---|---|
| B&W Blowback | 3,159 | $0.05 | $157.95 |

| | |
|---|---|
| Subtotal | $157.95 |
| Misc | $0.00 |
| Tax | $14.61 |
| Total | $172.56 |

**OK TO PAY**

Signature

Date

Print Name

**Return to ACCOUNTING via Interoffice Mail**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOUTHCENTRAL FOUNDATION,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ALASKA NATIVE TRIBAL HEALTH CONSORTIUM,<br><br>Defendant - Appellee. | No. 18-35868<br><br>D.C. No. 3:17-cv-00018-TMB<br>U.S. District Court for Alaska, Anchorage<br><br>**MANDATE** |

The judgment of this Court, entered September 14, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $173.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7