WILLIAM D. TEMKO (*Pro Hac Vice*)
NICHOLAS D. FRAM (*Pro Hac Vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
william.temko@mto.com
nicholas.fram@mto.com

Jahna M. Lindemuth (AK Bar No. 9711068)
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK  99501
Telephone:     (907) 222-7938
jahna@cashiongilmore.com

*Attorneys for Plaintiff Southcentral Foundation*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Southcentral Foundation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Alaska Native Tribal Health Consortium,<br><br>                    Defendant. | Case No. 3:17cv-00018-JMK |

## SUPPLEMENTAL DECLARATION OF APRIL KYLE IN SUPPORT OF SOUTHCENTRAL FOUNDATION'S MOTION TO ENFORCE JUDGMENT

I, April Kyle, declare as follows:

1.      I am the President and CEO of Southcentral Foundation ("SCF") and have

been in that role since September 2021.  Prior to that I was interim CEO starting in August

2020.  I currently serve as SCF's Primary Designated Director on the Alaska Native Tribal

Health Consortium ("ANTHC") Board of Directors.  I have personal knowledge of the facts

*Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-JMK

stated in this declaration and, if called as a witness, could competently testify to them. I respectfully submit this supplemental declaration in support of SCF's Motion to Enforce Judgment. This declaration supplements my declaration of June 27, 2023, and provides additional facts in response to the Declaration of Kimberley Strong submitted July 31, 2023.

2.      As SCF's Designated Director, I need to be able to share with SCF's Board, Officers and legal counsel all documents and information that are necessary for them to provide guidance and input to me about ANTHC governance. SCF's governing documents vest the SCF Board with the governance of SCF. SCF's Officers have a wealth of relevant experience as well. I also need to consult legal counsel about ANTHC governance issues from time to time, especially when they bear on the highly regulated environment in which ANTHC operates.

3.      As SCF's Designated Director to the ANTHC Board, I stand in SCF's shoes on the ANTHC Board. Unless I can share information with SCF's Board, Officers and legal counsel, SCF will not be able to exercise its governance and participation rights in ANTHC effectively.

4.      The only people at SCF who can receive confidential ANTHC documents and information are "Permitted Recipients"—SCF Officers, Directors, and legal counsel who have signed an ANTHC-initiated Confidentiality Agreement confirming that they will keep ANTHC information confidential and use ANTHC information only for purposes of ANTHC governance.

5.      ███████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████ All of the documents

and information that I have requested relating to the governance crisis at ANTHC are

necessary for SCF to exercise its governance and participation rights under Section 325.

6.    ██████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████████ Exhibit 1. ████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████

7.    ██████████████████████████████

██████████████████████████ Exhibit 1. ████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████

8. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████ Despite the breadth of this

multi-faceted governance crisis, ANTHC has made available to me, as a member of the

ANTHC Board of Directors, only 17 underlying documents relating to the governance crisis

in response to this document reqeust.  ANTHC has allowed the SCF Board to see only two

of the 17 documents (one of which had already been independently provided to SCF, as

ANTHC knew).

9. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████ ANTHC did not provide the SCF Board with any documents

relating to ████████████████████████

10. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████

Under Section 325, the SCF Board was clearly entitled to see that document to enable it to exercise its governance rights in ANTHC and to evaluate ████████████████████████ ████████████████████████████

11. ████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

12. ████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████

*Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-JMK

13.    As an ANTHC Director, I have a duty to look at information regarding issues facing ANTHC, even if it is ████████████████████████████████ SCF, as my Designating Entity, must also be allowed to see██████████████████ in order to participate effectively in the governance of ANTHC under Section 325.

14.    ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████

15.    ████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████

16.     Section 5 from ANTHC's Board Handbook, entitled Disclosure of Records and Information to Designating Entities ("Policy"), is attached hereto as Exhibit 2.  There is nothing in the Policy that requires that I go directly to the ANTHC Board with any and all information requests.  SCF has produced signed Confidentiality Agreements for its Permitted Recipients who have received confidential ANTHC information.  I have not requested any information listed in Sections 5.4.1.2 to 5.4.1.6 of the Policy.

17.     I also have not requested any information where SCF has a conflict of interest. None of the information requests I made were denied on conflict grounds.  SCF is not attempting to undo ANTHC's conflict of interest rules.  None of the critical governance matters on which I have requested information is a matter as to which SCF has a conflict of interest.

18.     ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

-7-

Case 3:17-cv-00018-JMK   Document 385-1   Filed 08/31/23   Page 7 of 9   *Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-JMK

██████████████████████████████████████████

███████████████

I declare under penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct.

Executed on August 31, 2023, at Anchorage, Alaska.

_____
April Kyle

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2023, I caused a true and correct redacted copy of the foregoing to be served on the persons below through the ECF system, and I caused a true and correct copy of the foregoing to be served on the persons below via email.

James Torgerson     *jim.torgerson@stoel.com*
Rachel Lee             *rachel.lee@stoel.com*
Connor Smith         *connor.smith@stoel.com*
Geoffrey Strommer *gstrommer@hobbsstraus.com*

 /s/ *Jahna M. Lindemuth*

-9-

Case 3:17-cv-00018-JMK   Document 385-1   Filed 08/31/23   Page 9 of 9   *Southcentral Foundation v. ANTHC*
Case No. 3:17-cv-00018-JMK