# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHCENTRAL FOUNDATION,<br><br>        Plaintiff,<br>  v.<br><br>ALASKA NATIVE TRIBAL HEALTH CONSORTIUM,<br><br>        Defendant. | Case No. 3:17-cv-00018-SLG |

## ORDER RE SOUTHCENTRAL FOUNDATION'S MOTION TO UNSEAL AND ENTER REDACTED ENFORCEMENT ORDER

Before the Court at Docket 446 is Southcentral Foundation's Motion to Unseal and Enter Redacted Enforcement Order ("Motion"). Having reviewed the Motion, Alaska Native Tribal Health Consortium's (ANTHC) Response at Docket 448, and Southcentral Foundation's (SCF) Reply at Docket 451, thereto, and being fully advised in the premises,

IT IS HEREBY ORDERED THAT SCF's Motion is GRANTED as follows: the Court will unseal the Court's July 5, 2024 order with all of SCF's proposed redactions along with the two additional redactions that ANTHC proposed in its Response to SCF's Motion. The parties shall file a clean copy of the document filed at Docket 450-2 on the public record.

DATED this 8th day of October 2024, at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE