IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHCENTRAL FOUNDATION,<br><br>    Plaintiff,<br> v.<br><br>ALASKA NATIVE TRIBAL HEALTH CONSORTIUM,<br><br>    Defendant. | Case No. 3:17-cv-00018-SLG |

**ORDER RE MOTION TO STAY**

  Before the Court at Docket 455 is Alaska Native Tribal Health Consortium's Motion to Stay; a sealed version of the motion is at Docket 454-1. Southcentral Foundation ("SCF") responded in opposition to the motion at Docket 459 and in a sealed opposition at Docket 458, to which Alaska Native Tribal Health Consortium ("ANTHC") replied at Docket 460.

  The Court finds that good cause for a stay of the July 5, 2024 order is warranted pending a decision on ANTHC's motion for reconsideration. The Court defers ruling on ANTHC's request for a stay pending any appeal if the Court denies reconsideration until that issue is before the Court. The Court finds that ANTHC has demonstrated a "substantial case for relief on the merits," based on the Court's review of the July 5, 2024, the order previously entered by Judge Burgess at Docket 352, and the motion to reconsider and SCF's response. The Court further finds that ANTHC has shown that it will likely suffer irreparable injury in the

absence of a stay, particularly insofar as the July 5, 2024 order directed ANTHC to amend its Disclosure Policy, including an amendment that SCF had not sought in its enforcement motion with respect to Section 5.4.1.1.  Third, a stay pending decision on ANTHC's motion for reconsideration will not substantially injure SCF, given the timing of Mr. Teuber's departure from ANTHC over three years ago and because it appears undisputed that SCF's Board has already received more than 17 hours of presentations from the investigators concerning their findings.  Further, the July 5, 2024 order already discloses to SCF the allegations contained in the 15 documents for which production was ordered. As such, the balance of hardships tips sharply in favor of ANTHC for this limited stay. Further, the Court finds that the public interest warrants a stay while the reconsideration motion is pending. At the very least, the Court finds there to be considerable tension between Judge Burgess's Order at Docket 352 and the July 5, 2024 order that warrants careful consideration.  For these reasons, a stay pending this Court's determination of ANTHC's motion for reconsideration is warranted.  *See Nken v. Holder*, 556 U.S. 418, 433-434 (2009).

DATED this 15th day of October 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:17-cv-00018-SLG, *Southcentral Foundation v. ANTHC*
Order re Motion to Stay
Page 2 of 2
Case 3:17-cv-00018-SLG   Document 465   Filed 10/15/24   Page 2 of 2