William D. Temko (*Pro Hac Vice*)
Nicholas D. Fram (*Pro Hac Vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-1560
(213) 683-9266
william.temko@mto.com
nicholas.fram@mto.com

Jahna M. Lindemuth (AK Bar No. 9711068)
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
907-222-7932
jahna@cashiongilmore.com

Attorneys for Plaintiff Southcentral Foundation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Southcentral Foundation,<br><br>               Plaintiff,<br><br>vs.<br><br>Alaska Native Tribal Health Consortium,<br><br>               Defendant. | Case No. 3:17cv-00018-SLG<br><br>**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Southcentral Foundation in the above-captioned action hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's "Order on Motion for Reconsideration," entered on February 13, 2025, as ECF No. 468, attached hereto as Exhibit A; and from the Court's "Order on Motion for Reconsideration," entered on March 10, 2025, as ECF No. 470, attached hereto as Exhibit B.

Defendant's Representation Statement, required by Ninth Circuit Rule 3-2(b), is attached to this Notice as Exhibit C.

DATED: March 17, 2025      MUNGER, TOLLES & OLSON LLP

By: */s/ William D. Temko*
WILLIAM D. TEMKO, CA Bar #98858

Attorneys for Plaintiff Southcentral
Foundation
*Appearing pro hac vice*

DATED: March 17, 2025      CASHION GILMORE & LINDEMUTH

By: */s/ Jahna M. Lindemuth*
JAHNA M. LINDEMUTH, AK Bar #9711068

Attorneys for Plaintiff Southcentral
Foundation

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2025, I caused a true and correct copy of the foregoing to be served on the persons below through the ECF system.

James E. Torgerson        *jim.torgerson@stoel.com*
Rachel C. Lee             *rachel.lee@stoel.com*
Connor Royce Smith        *connor.smith@stoel.com*
Whitney A. Brown          *whitney.brown@stoel.com*
Geoffrey D. Strommer      *gstrommer@hobbsstraus.com*


*/s/ Jahna M. Lindemuth*

2