

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# TIME SCHEDULE ORDER

Docket Number: 25-1812
Originating Case Number: 3:17-cv-00018-SLG

Case Title: Southcentral Foundation v. Alaska Native Tribal Health Consortium

**Monday, March 24, 2025**
Southcentral Foundation      Mediation Questionnaire due

**Monday, April 28, 2025**
Southcentral Foundation      Appeal Opening Brief (No Transcript Due)

**Wednesday, May 28, 2025**
Alaska Native Tribal Health Consortium      Appeal Answering Brief (No Transcript Due)

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**